IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,
      Plaintiff,

v.

KIMBERLY JOHNSON, NERVILLE COX,
LASHARON COX, STACY COX,
DARRYL JONES, BRANDI MAXWELL
A/K/A BRANDI COX A/K/A BRANDI
ROLSTON,
      Defendants.
_____/

Case No. 10 - 12081

Hon. Paul D. Borman

## ORDER FOR DISBURSEMENT OF FUNDS

**IT IS ORDERED** that the parties are entitled to the $17,226.19 in insurance proceeds made payable to the following individuals:

$10,645.23 to Brandi (Maxwell) Rolston, 2384 Cornell Circle, McDonough, GA 30253

$ 2,995.24 to Darryl Jones, 205 West Drive Apt. B5, Waukegan, IL 60085

$1995.24 to LaSharon Cox, 3506 Warren Ave., Bellwood, IL 60104

$1995.24 to Stacy Cox, 8131 Cedar Point Drive, B-47, Crown Point, IN 46307

$1995.24 to Nerville Cox, 8131 Cedar Point Drive, B-47, Crown Point, IN 46307

Each recipient is entitled to the specified amount listed above with 20% each in interest.

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: 3-9-11