IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,
        Plaintiff,

v.

Case No. 10 - 12081

Hon. Paul D. Borman

KIMBERLY JOHNSON, NERVILLE COX,
LASHARON COX, STACY COX,
DARRYL JONES, BRANDI MAXWELL
A/K/A BRANDI COX A/K/A BRANDI
ROLSTON,
        Defendants.

_____/

## AMENDED ORDER FOR DISBURSEMENT OF FUNDS

IT IS ORDERED that the parties are entitled to the $17,226.19 in insurance proceeds made payable to the following individuals:

$10,645.23 to Brandi (Maxwell) Rolston, 2384 Cornell Circle, McDonough, GA 30253

$2,995.24 to Darryl Jones, 205 West Drive Apt. B5, Waukegan, IL 60085

$1195.24 to LaSharon Cox, 3506 Warren Ave., Bellwood, IL 60104

$1195.24 to Stacy Cox, 8131 Cedar Point Drive, B-47, Crown Point, IN 46307

$1195.24 to Nerville Cox, 8131 Cedar Point Drive, B-47, Crown Point, IN 46307

Each recipient is entitled to the specified amount listed above with 20% each in interest.

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: 3-10-11

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means and U.S. Mail on the following defendants on March 10, 2010.

S/Denise Goodine
Case Manager

| | |
|---|---|
| Brandy Maxwell<br>2384 Cornell Circle<br>McDonough, GA 30253<br><br>Kimberly Johnson<br>11571 Willow Lane<br>Plymouth, MI 48170<br><br>Nerville Cox<br>8131 Cedar Point Drive<br>B-47<br>Crown Point, IN 46307 | Darryl Jones<br>205 West Drive<br>Apt. B5<br>Waukegan, IL 60085<br><br>LaSharon Cox<br>3506 Warren Ave.<br>Bellwood, IL 60104<br><br>Stacy Cox<br>8131 Cedar Point Drive<br>B-47<br>Crown Point, IN 46307 |